UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARTH ISLAND INSTITUTE**, a non-profit corporation; **CENTER FOR BIOLOGICAL DIVERSITY**, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES FOREST SERVICE,** an agency of the United States Department of Agriculture; **MARGIE B. DEROSE**, Acting District Ranger, Mono Lake and Mammoth Ranger District, Inyo National Forest, in her official capacity<br><br>Defendants. | No. 2:19-CV-1271 MCE DB<br><br>**ORDER SETTING CASE MANAGEMENT SCHEDULE** |

Pending before the Court is the Parties' Joint Proposed Case Management Plan. ECF No. 12. For the reasons set forth in the Proposed Case Management Plan, which constitute good cause, the Court approves the case management schedule proposed by the Parties. Accordingly,

**IT IS HEREBY ORDERED:**

    a.    Plaintiffs will inform Defendants regarding any objections to

the administrative record by January 6, 2020.[1]

    b.    If the Parties cannot come to a resolution regarding objections to the administrative record, the following schedule is set for motions filed regarding the administrative record:

        i.    January 21, 2020: Deadline for Plaintiffs to file their motion regarding the administrative record.

        ii.    February 4, 2020: Deadline for Defendants to file their briefs in opposition to Plaintiffs' motion regarding the administrative record.

        iii.    February 11, 2020: Deadline for Plaintiffs to file their reply in support of their motion regarding the administrative record.

    c.    If no motions regarding the administrative record are filed, the Parties will confer about a schedule for briefing summary judgment and will file a joint proposed briefing schedule by January 31, 2020.

    d.    If motions regarding the administrative record are filed, the parties will confer about a schedule for briefing summary judgment fourteen (14) days following the Court's ruling on the administrative record motions.

IT IS SO ORDERED.

Dated: January 6, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Defendants lodged the administrative record with the Court on November 8, 2019. *See* ECF No. 13.