UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARTH ISLAND INSTITUTE**, a non-profit corporation; **CENTER FOR BIOLOGICAL DIVERSITY**, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES FOREST SERVICE,** an agency of the United States Department of Agriculture; **MARGIE B. DEROSE**, Acting District Ranger, Mono Lake and Mammoth Ranger District, Inyo National Forest, in her official capacity<br><br>Defendants. | No. 2:19-cv-1271<br><br>**ORDER EXTENDING THE TIME TO FILE A MOTION REGARIND THE ADMINISTRATIVE RECORD** |

Pending before the Court is the Parties' Joint Motion for Extension of Time to File a Motion Regarding the Administrative Record. ECF No. 17. For the reasons set forth in the Joint Motion, which constitute good cause, the Court approves the Parties' Joint Motion for Extension of Time. Accordingly, it is hereby ordered:

    a.    If the Parties cannot come to a resolution regarding objections to the administrative record, the following schedule is set for motions filed regarding the administrative record:

1

    i. March 2, 2020: Deadline for Plaintiffs to file their motion regarding the administrative record.

    ii. March 16, 2020: Deadline for Defendants to file their briefs in opposition to Plaintiffs' motion regarding the administrative record.

    iii. March 23, 2020: Deadline for Plaintiffs to file their reply in support of their motion regarding the administrative record.

  b. If no motions regarding the administrative record are filed, the Parties will confer about a schedule for briefing summary judgment and will file a joint proposed briefing schedule by March 16, 2020.

  c. If motions regarding the administrative record are filed, the parties will confer about a schedule for briefing summary judgment fourteen (14) days following the Court's ruling on the administrative record motions.

  IT IS SO ORDERED.

Dated: January 21, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE