Thomas Buchele, (CA Bar No. 129657)
Morgan Staric, *Admitted Pro Hac Vice*
Earthrise Law Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland OR  97219-7799
Tel: 503-768-6736 (Buchele)
Tel: 503-768-6825 (Staric)
Email: tbuchele@lclark.edu
Email: mstaric@lclark.edu

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARTH ISLAND INSTITUTE**, a non-profit corporation; **CENTER FOR BIOLOGICAL DIVERSITY**, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES FOREST SERVICE,** an agency of the United States Department of Agriculture; **MARGIE B. DEROSE**, Acting District Ranger, Mono Lake and Mammoth Ranger District, Inyo National Forest, in her official capacity<br><br>Defendants. | Case No. 2:19-cv-1271<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br><u>Hearing on Motion</u><br><br>Date:      October 15, 2020<br><br>Time:      2:00 p.m.<br><br>Judge:    Hon. Morrison C. England<br><br>Location: Courtroom 7, 14th Floor<br>              United States Courthouse<br>              501 I Street<br>              Sacramento, CA 95814 |

1   **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

2        PLEASE TAKE NOTICE that Plaintiffs, Earth Island Institute and the Center for

3   Biological Diversity ("the Center") (collectively "Earth Island"), hereby file this Motion for

4   Summary Judgment ("Motion"), Memorandum in Support of its Motion, and supporting

5   declarations and exhibits. This Motion will come for hearing on Thursday, October 15, 2020 at

6   2:00 p.m., or as soon thereafter as the matter may be heard by the Court, in Courtroom 7 at the

7   United States District Court, 501 I Street, Sacramento, CA 95814.

8        By this Motion, Earth Island moves this Court for an order, pursuant to Federal Rule of

9   Civil Procedure 56 and Local Rule 260, granting it summary judgment against Defendants

10  Margie B. DeRose and the United States Forest Service on all its claims for relief under the

11  Administrative Procedure Act, 5 U.S.C. §§ 701–706, the National Environmental Policy Act, 42

12  U.S.C. §§ 4321 *et seq*, the National Forest Management Act, 16 U.S.C. §§ 1601 *et seq*, and the

13  Forest Service's Objection Regulations, 36 C.F.R. Part 218. *See* ECF No. 1 at ¶ 76–127 (Earth

14  Island's Claims 1–10). These claims challenge the January 26, 2018 Decision Notice and Finding

15  of No Significant Impact (DN/FONSI) signed by DeRose on behalf of the Forest Service, AR

16  00105–118, and the underlying January 2018 Environmental Assessment ("EA"), AR 00001–104,

17  for the Three Creeks Project. Earth Island also requests that the Court's judgment set aside and

18  vacate the DN/FONSI and the January 2018 EA pursuant to 5 U.S.C. § 706(2).

19       Earth Island's Motion is supported by the Memorandum in Support; the Complaint in this

20  matter, ECF No. 1; the declarations of Chad Hanson, Tonja Chi, Justin Augustine, David Phillips,

21  and Morgan Staric; and other such matters as may be presented to the Court. All relevant facts are

22  set forth in the amended Administrative Record lodged with the Court, ECF. No. 26.

23

24  Respectfully submitted on this 29th day of May, 2020

25                                              /s/ Thomas Buchele
                                                Thomas Buchele (CA Bar No.129657)
26                                              /s/ Morgan Staric
                                                Morgan Staric, *Admitted Pro Hac Vice*
27                                              Earthrise Law Center
                                                Lewis & Clark Law School
28                                              10015 SW Terwilliger Blvd.

PAGE 1: PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

Portland OR  97219-7799
Tel: 503-768-6736 (Buchele)
Tel: 503-768-6825 (Staric)
Email: tbuchele@lclark.edu
Email: mstaric@lclark.edu

*Attorneys for Plaintiffs Earth Island Institute and*
*Center for Biological Diversity*