UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARTH ISLAND INSTITUTE**, a non-profit corporation; **CENTER FOR BIOLOGICAL DIVERSITY**, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES FOREST SERVICE,** an agency of the United States Department of Agriculture; **MARGIE B. DEROSE**, Acting District Ranger, Mono Lake and Mammoth Ranger District, Inyo National Forest, in her official capacity<br><br>Defendants. | No. 2:19-cv-1271<br><br><br>**ORDER WAIVING THE STATEMENT OF UNDISPUTED FACTS REQUIREMENT** |

Pending before the Court is the Parties' joint motion to waive the requirement for a Statement of Undisputed Facts in support of their motions for summary judgment. *See* ECF No, 29. For the reasons set forth in the joint motion, which constitute good cause, the Court grants the waiver.

///

///

///

1

Accordingly, it is hereby ordered that the Parties are not required to submit a Statement of Undisputed Facts in support of their motions for summary judgment. The motions will instead be based on the amended administrative record previously lodged with this Court in March 2020.

IT IS SO ORDERED.

Dated:  May 29, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE