UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARTH ISLAND INSTITUTE**, a non-profit corporation; **CENTER FOR BIOLOGICAL DIVERSITY**, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES FOREST SERVICE,** an agency of the United States Department of Agriculture; **MARGIE B. DEROSE**, Acting District Ranger, Mono Lake and Mammoth Ranger District, Inyo National Forest, in her official capacity<br><br>Defendants. | No. 2:19-cv-1271<br><br>**ORDER AMENDING BRIEFING SCHEDULE** |

Pending before the Court is the Parties' Joint Motion to Amend the Briefing Schedule in this matter. ECF No. 41. For the reasons set forth in the Joint Motion, which constitute good cause, the Court approves the Parties' motion. Accordingly, IT IS HEREBY ORDERED:

    a.    By July 10, 2020, Defendants will file their cross-motion for summary judgment and opposition to Plaintiffs' motion.

    b.    By August 14, 2020, Plaintiffs will file their reply in support of their motion and opposition to Defendants' cross-motion.

1       c.     By September 11, 2020, Defendants will file their reply in support of their motion..

2     IT IS SO ORDERED.

Dated: June 18, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE