UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARTH ISLAND INSTITUTE**, a non-profit corporation; **CENTER FOR BIOLOGICAL DIVERSITY**, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES FOREST SERVICE,** an agency of the United States Department of Agriculture; **MARGIE B. DEROSE**, Acting District Ranger, Mono Lake and Mammoth Ranger District, Inyo National Forest, in her official capacity<br><br>Defendants. | No. 2:19-cv-1271 MCE DB<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

Pending before the Court is the Plaintiffs' Unopposed Motion for Leave to File an Amended Memorandum in Support of their Motion for Summary Judgment. ECF No. 49. For the reasons set forth in the Plaintiffs' unopposed motion, which constitute good cause, the Court grants the Plaintiffs' motion.

///

///

///

1

Plaintiffs are HEREBY granted leave to amend their memorandum in support of their motion for summary judgment to provide proper citations to the Ninth Circuit's opinion in *Bark v. United States Forest Service* and to update the table of authorities as necessary.

IT IS SO ORDERED.

Dated:  August 3, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE