1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10
11

**EARTH ISLAND INSTITUTE**, a non-profit corporation; **CENTER FOR BIOLOGICAL DIVERSITY**, a non-profit corporation,

No. 2:19-cv-1271-MCE-DB

12
13

Plaintiffs,

**ORDER AMENDING BRIEFING SCHEDULE AND GRANTING LEAVE FOR PLAINTIFFS' LIMITED SUR-REPLY**

14
15

v.

16

**UNITED STATES FOREST SERVICE,** an agency of the United States Department of Agriculture; **MARGIE B. DEROSE**, Acting District Ranger, Mono Lake and Mammoth Ranger District, Inyo National Forest, in her official capacity

17
18
19

Defendants.

20
21

Pending before the Court is the parties' Stipulation Requesting to Amend the Briefing

22

Schedule and Requesting Leave for Plaintiffs' Limited Sur-reply.  For the reasons set forth in the

23

stipulation, which constitute good cause, the Court ENTERs the stipulation.

24

Accordingly,

25

**IT IS HEREBY ORDERED:**

26
27

    a.  By October 23, 2020 the Parties will file a joint status report confirming the issuance of the supplemental information report (SIR) that is referenced in the stipulation.

28

1

b.  By November 6, 2020, Federal Defendants will file their reply.  Federal Defendants' reply will be limited to 40 pages.

c.  By November 24, 2020, Plaintiffs will file their limited sur-reply to address the SIR.  Plaintiffs' sur-reply is limited to 20 pages.

IT IS SO ORDERED.

Dated:  September 8, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE