UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARTH ISLAND INSTITUTE**, a non-profit corporation; **CENTER FOR BIOLOGICAL DIVERSITY**, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES FOREST SERVICE,** an agency of the United States Department of Agriculture; **MARGIE B. DEROSE**, Acting District Ranger, Mono Lake and Mammoth Ranger District, Inyo National Forest, in her official capacity,<br><br>Defendants. | No. 2:19-cv-01271-MCE-DB<br><br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED AND SUPPLEMENTAL COMPLAINT** |

    Pending before the Court is the Plaintiffs' Motion for Leave to File First Amended and Supplemental Complaint and Memorandum in Support, ECF Nos. 60, 61. On December 15, 2020, Defendants filed a Statement of Non-Opposition to that Motion. ECF No. 64. Given that non-opposition, and for the reasons set forth in the Motion, which constitute good cause, the Court grants the Plaintiffs' motion. Accordingly,

1. Plaintiffs' Motion for Leave to File First Amended and Supplemental Complaint is GRANTED.
2. Not later than five (5) days following the date this order is electronically filed, Plaintiffs shall file their proposed First Amended and Supplemental Complaint as a separate docket entry.
3. Given Plaintiffs' representation that the two new claims raised by the First Amended and Supplemental Complaint may require additional limited briefing in the context of the pending cross-motions for summary judgment (see ECF No. 59, 2:25-28), the parties are directed to meet and confer concerning the parameters of any such additional briefing and make a joint proposal to the Court not later than ten (10) days after the date this Order is electronically filed.

IT IS SO ORDERED.

Dated:  June 9, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE