UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARTH ISLAND INSTITUTE**, a non-profit corporation; **CENTER FOR BIOLOGICAL DIVERSITY**, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES FOREST SERVICE,** an agency of the United States Department of Agriculture; **MARGIE B. DEROSE**, Acting District Ranger, Mono Lake and Mammoth Ranger District, Inyo National Forest, in her official capacity,<br><br>Defendants. | No. 2:19-cv-01271-MCE-DB<br><br>**ORDER SETTING SCHEDULE FOR SUPPLEMENTAL SUMMARY JUDGMENT BRIEFING** |

Pending before the Court is the Parties' Joint Proposed Schedule for Supplemental Summary Judgment Briefing. For the reasons set forth in the Joint Proposed Schedule, which constitute good cause, the Court approves the schedule for supplemental summary judgment briefing proposed by the Parties. Accordingly,

**IT IS HEREBY ORDERED:**

**Certification of the Supplemental Administrative Record**

- **June 29, 2021**: Defendants will lodge a supplemental administrative record for the two new claims raised in the Amended Complaint and provide a copy to Plaintiffs.
- **July 9, 2021**: Plaintiffs will inform Defendants in writing as to any materials that it asserts are necessary to supplement or complete the supplemental administrative record. The parties will confer to resolve any issues.

**Amended Answer**

- **July 23, 2021**:  Defendants will file an Answer to the Amended Complaint.

**Motion to Supplement or Complete the Supplemental Administrative Record**

If the parties cannot resolve Plaintiffs' objections to the supplemental administrative record:

- **July 30, 2021**: Deadline for Plaintiffs to file a motion to supplement or complete the supplemental administrative record.
- **August 20, 2021**: Deadline for Defendants to file a brief in opposition to Plaintiffs' motion to supplement or complete the supplemental administrative record.
- **August 27, 2021**: Deadline for Plaintiffs to file a reply, if any, in support of their motion to supplement or complete the supplemental administrative record.

**Summary Judgment Briefing**

If the parties come to a resolution regarding objections to the supplemental administrative record:

- **August 6, 2021**: Deadline for Plaintiffs to file their opening brief, which will be limited to addressing only the two new claims raised by Plaintiffs in the Amended Complaint. Plaintiffs' brief will be limited to 20 pages in length, excluding caption, signature block, and any certificates of service or compliance.

- **September 3, 2021**: Deadline for Defendants to file their opening brief, which will be limited to addressing only the two new claims raised by Plaintiffs in the Amended Complaint. Defendants' Response will be limited to 20 pages in length, excluding caption, signature block, and any certificates of service or compliance.

- **September 17, 2021**: Deadline for Plaintiffs to file their reply. Plaintiffs' Reply will be limited to 10 pages in length, excluding caption, signature block, and any certificates of service or compliance.

- **October 1, 2021**: Deadline for Defendants to file their reply. Defendants' Reply will be limited to 10 pages in length, excluding caption, signature block, and any certificates of service or compliance.

IT IS SO ORDERED.

Dated: June 24, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE